IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio      DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1.  Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Bexar County District Court, 225th Judicial District Court
Cause No. 2021CI12882; Alison Steele, Individually and on Behalf of the Estate of Caley Mandadi v. Trinity University and Mark Howerton

2.  Was jury demand made in State Court?   ☒ Yes   ☐ No

If yes, by which party and on what date?

Alison Steele Ind., et al - June 28, 2021
Party Name                                              Date

**STATE COURT INFORMATION:**

1.  List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff: Alison Steele, Individually and on Behalf of the Estate of Cayley Mandadi, Richard T. Stilwell and Amanda R. Pierson, Stilwell Law Firm, PLLC, 214 Glenwood Drive, Houston, TX 77007, (713) 931-1111 - (713) 931-1211 (Fax #)
Defendant: Trinity University, Jennifer G. Durbin, Katherine M. Willis, Allen Stein & Durbin, P.C., 6243 IH 10 West, 7th Floor, San Antonio, TX 78201, (210) 734-7488 - (210) 738-8036 (Fax #) - *** See Page 3

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None.

3.   List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.   List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None.

**VERIFICATION:**

/s/ Jennifer Gibbins Durbin  -     Date: 8/18/21
Attorney for Removing Party                              Date

Trinity University
Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary):**

STATE COURT INFORMATION:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Defendant Mark Howerton served but has not answered.