UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALISON STEELE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAYLEY MANDADI; § § § § | | |
| Plaintiff, § | | |
| v. § § | CASE NO. 5:21-CV-00780-XR JURY | |
| § | | |
| TRINITY UNIVERSITY, AND MARK HOWERTON § § § § | | |
| Defendants. § | | |

## JOINT STATUS REPORT

Pursuant to the Court Order [Dkt 18] requesting a Joint Status Report the parties provide the following information for the Court.

1.  Counsel for the parties conferred regarding this matter via telephone on May 6, 2022.

2.  Plaintiffs contend that the reasons for the Administrative Stay issued following the initial status conference do not exist at this time. The Court should issue a Scheduling Order and allow the Parties to initiate discovery so that the case may be properly developed.

3.  Defendant Trinity University contends that the Fourth Court of Appeals ruling in the writ of habeas corpus filed by Defendant Howerton (Cause No. 04-21-00409-CR) will be determinative of many issues at issues in this matter. The habeas corpus matter was submitted to the Fourth Court of Appeals on briefs on March 1, 2022; however, no ruling has been issued to date. Defendant Trinity University still intends to file dispositive motions on discrete legal issues discussed during the October 26, 2021 status conference. Defendant Trinity University intends to

file said motions within the next (60) days.

4.      Like Trinity, Defendant Howerton contends that the Writ pending in the Fourth Court will have an appreciable effect on this case. Generally, if the Court grants the Writ and dismisses the indictment, then Plaintiff's claims against Defendant may proceed. However, if the Court denies the writ, of if there are additional appeals, Defendant Howerton will be forced to seek protection from discovery.

Respectfully submitted,

/s/ *Richard T. Stilwell*
Richard T. Stilwell
State Bar Nos.  00791737
tom@Tstilwell.com
Amanda R. Pierson
State Bar No. 24089258
amanda@Tstilwell.com
STILWELL LAW FIRM PLLC
2500 E T C Jester Blvd., Ste. 255
Houston, Texas 77008
(713) 931-1111
(713) 931-1211 (Facsimile)

**ATTORNEYS FOR PLANITIFF ALISON STEEL, INDIDIVUDALLY AND ON BEHALF OF THE ESTATE OF CAYLEY MANDADI**

/s/ *Katherine M. Willis*
JENNIFER GIBBINS DURBIN
State Bar No. 07840500 jdurbin@asdh.com
KATHERINE M. WILLIS
State Bar No. 24033472 kwillis@asdh.com
ALLEN, STEIN & DURBIN, P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
(210) 734-7488 (Telephone)
(210) 738-8036 (Telecopier)

**ATTORNEYS FOR DEFENDANT TRINITY UNIVERSITY**

/s/ *Robert F. White*
Robert F. White
State Bar No. 24067934
robert@rfwpc.com
LAW OFFICE OF ROBERT F. WHITE, P.C.
10107 McAllister Freeway San Antonio, Texas 78216 (210) 771-5766
(210) 428-6410 (Facsimile)

**ATTORNEY FOR DEFENDANT MARK HOWERTON**

**CERTIFICATE OF SERVICE**

I hereby certify that on the  9th  day of May 2022, a true and exact copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure:

Jennifer Durbin
Katherine Willis
Allen, Stein & Durbin P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
jdurbin@asdh.com
kwillis@asdh.com

*Attorneys for Defendant Trinity University*

Robert F. White
Law Office of Robert F. White
10107 McAllister Freeway
San Antonio, Texas 78216
robert@rfwpc.com

*Attorney for Defendant Mark Howerton*

*/s/ Tom Stilwell*
Tom Stilwell