IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALISON STEELE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAYLEY MANDADI,<br>*Plaintiff,*<br><br>v.<br><br>TRINITY UNIVERSITY, MARK HOWERTON,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-21-CV-00780-XR |

## ORDER

On this date, the Court considered the parties' joint status report. ECF No. 20. On October 26, 2021, the Court held a status conference and issued an order vacating the operative scheduling order and administratively closing this case for the reasons discussed at the status conference. ECF No. 16. In particular, the Court vacated the operative scheduling order and administratively closed this case in light of the parties' representations that Defendant Trinity University will file a dispositive motion on discrete legal issues.

No dispositive motions was filed in nearly seven months. Therefore, on May 2, 2022, the Court ordered the parties to file a joint status report advising the Court of the status of this case, including whether and when Defendant Trinity University will file any dispositive motion on discrete legal issues. ECF No. 18.

On May 9, 2022, the parties filed the instant joint status report. ECF No. 20. Therein, Defendant Trinity University states that it intends to file dispositive motions on discrete legal issues as discussed at the October 26, 2021 status conference. *Id.* ¶ 3. Defendant Trinity University asks for sixty days to do so. *Id.* In light of the lengthy stay already in place, the Court will offer

Defendant Trinity University only thirty days to file any dispositive motions on discrete legal issues as discussed at the October 26, 2021 status conference. If no dispositive motions are filed by then, the Court will lift the stay and order the parties to submit a proposed scheduling order so that this case may move forward.

Accordingly, Defendant Trinity University is hereby **ORDERED** to file any dispositive motions on discrete legal issues as discussed at the October 26, 2021 status conference, no later than **June 9, 2022**. Plaintiff must respond to any dispositive motions filed, no later than **June 23, 2022**. Any replies must be filed no later than **June 30, 2022**. The Court is not inclined to extend these deadlines.

It is so **ORDERED**.

**SIGNED** this May 10, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE