UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALISON STEELE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAYLEY MANDADI; | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.: 5:21-CV-00780-XR |
| | § | JURY |
| TRINITY UNIVERSITY, AND MARK HOWERTON | § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' STIPULATION OF DISMISSAL OF §1983 AND TITLE IX CLAIMS**

Pursuant to Rule 41 of Federal Rules of Civil Procedure, Plaintiff Alison Steele, individually and on behalf of the Estate of Cayley Mandadi, files this Stipulation of the Dismissal of the §1983 claims and Title IX claims and states:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses her 42 U.S.C. § 1983 [Dkt. 1-5, pg. 10-11, Original Petition ¶¶ 32-40] and Title IX [Dkt. 1-5, pg. 8-9, Original Petition ¶¶ 24-31] claims and causes of action.

2. Plaintiff intends to retain all other claims and causes of action.

3. No Defendant has filed a counterclaim against the Plaintiff.

4. All parties have signed this stipulation.

                                                            Respectfully submitted,
                                                            STILWELL LAW FIRM, PLLC

                                                           By: */s/ Tom Stilwell*
                                                                 Richard T. Stilwell
                                                                *Attorney-in-Charge*
                                                               State Bar No. 00791737
                                                              2500 E TC Jester Blvd. #255
                                                              Houston, Texas 77008
                                                              Telephone (713) 931-1111
                                                              Facsimile  (713) 931-1211
                                                              E-mail: Tom@TStilwell.com
                                                              Electronic Service: E-Filing@TStilwell.com

                                                          ATTORNEYS FOR PLAINTIFF ALISON STEELE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAYLEY MANDADI

AGREED:


/s/ Katherine Willis (signed with permission per email 06/15/2022)
Jennifer Durbin
Katherine Willis
Allen, Stein & Durbin P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
jdurbin@asdh.com
kwillis@asdh.com

*Attorneys for Defendant Trinity University*


/s/ Robert White (signed with permission per email 06/14/2022)
Robert F. White
Law Office of Robert F. White
10107 McAllister Freeway
San Antonio, Texas 78216
robert@rfwpc.com

*Attorney for Defendant Mark Howerton*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the __15th__ day of June 2022, a true and exact copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure:

Jennifer Durbin
Katherine Willis
Allen, Stein & Durbin P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
jdurbin@asdh.com
kwillis@asdh.com

*Attorneys for Defendant Trinity University*

Robert F. White
Law Office of Robert F. White
10107 McAllister Freeway
San Antonio, Texas 78216
robert@rfwpc.com

*Attorney for Defendant Mark Howerton*

                                                   */s/ Tom Stilwell*
                                                   Tom Stilwell