IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALISON STEELE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAYLEY MANDADI; <br> *Plaintiff,* <br><br> v. <br><br> TRINITY UNIVERSITY, MARK HOWERTON, <br> *Defendants.* | § § § § § § § § § § § § | SA-21-CV-00780-XR |

## **ORDER**

On this date, the Court considered the status of this case. On June 28, 2021, Plaintiff initiated this action by filing a petition in the 225th Judicial District Court of Bexar County, Texas. *See* ECF No. 1-5 at 14. In her petition, Plaintiff asserted causes of action under Title IX and 42 U.S.C § 1983 against Defendant Trinity University. *Id.* at 21–25. She alleged that Defendant Trinity University was also liable for negligence and gross negligence. *Id.* at 25–27, 29–30. In addition, Plaintiff asserted claims for assault, intentional infliction of emotional distress, negligence, and gross negligence against Defendant Mark Howerton. *Id.* at 27–30.

On August 18, 2021, Defendant Trinity University removed the action to this Court on the basis of federal question jurisdiction. ECF No. 1 ¶ 2. On October 26, 2021, the Court held a status conference and issued an order vacating the scheduling order and administratively closing this case in light of the parties' representations that Defendant Trinity University intended to file a dispositive motion on discrete legal issues. *See* ECF Nos. 16, 17. Having failed to file any dispositive motion, the Court issued an order on May 2, 2022, instructing the parties to file a joint status report advising the Court of the status of this case, including whether and when Defendant Trinity University intended to file a dispositive motion on discrete legal issues. ECF No. 18.

1

On May 9, 2022, the parties filed the requested joint status report. ECF No. 20. On May 10, 2022, the Court ordered Defendant Trinity University to file any dispositive motion no later than June 9, 2022. ECF No. 21. On June 9, 2022, Defendant Trinity University filed a motion to dismiss, seeking to dismiss all claims asserted against it. ECF No. 22.

On June 15, 2022, Plaintiff filed a stipulation of dismissal. ECF No. 23. Therein, Plaintiff voluntarily dismissed her Title IX and § 1983 claims, leaving only state law claims pending in this Court. *Id.* at 1. Thus, on June 15, 2022, the Court ordered the parties to file a joint status report with their respective positions as to whether and why this case should or should not be remanded to state court. ECF No. 24.

On June 16, 2022, the parties filed the requested joint status report. ECF No. 26. The status report provides that the parties conferred and agree that this case should be remanded to state court. *See id.* at 1.

Accordingly, the Court hereby **REMANDS** this case to the 225th Judicial District Court of Bexar County, Texas, where this action was originally filed. The Clerk's Office is **DIRECTED** to permanently close this case.

It is so **ORDERED**.

**SIGNED** this June 17, 2022.

                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE